IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel D. Williams,<br><br>        Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., et al.,<br><br>        Defendants. | No.  CIV 09-8219-PCT-DKD<br><br>**ORDER** |

During the August 25, 2010 oral argument on the Motion to Dismiss, the Court invited Defendants to submit its supplemental authority regarding a claim for breach of the covenant of good faith and fair dealing as it applies to negotiations. In contravention of the Court's request that the Defendants "Just let me know what the case is. You don't need to make any argument." (unofficial recording), counsel provided a two-page supplemental memorandum. The Court has reviewed the cited case, *Arnold & Associates, Inc. v. Misys Healthcare Systems*, 275 F.Supp.2d 1013 (D.Ariz. 2003), and finds it readily distinguishable. The alleged violation of the covenant of good faith and fair dealing pleaded in Count III arises out of the alleged obligations of the then-existing loan agreement and Plaintiff's alleged efforts to obtain a work out of that contractual agreement. Paragraph 9 of the Amended Complaint alleges "That as late as September of 2009 that your Plaintiff continued to negotiate for the loan modification and was told that the process was ongoing and was specifically told not to worry about any Trustee's Sale, and that the Trustee's Sale was being continued until such time as a resolution was reached in the renegotiation of the loan." In *Arnold*, the court found that the statute of frauds

rendered plaintiff's contract claim unenforceable and that in the absence of an enforceable contract the obligations of the covenant of good faith and fair dealing never arise. *Arnold*, 275 F.Supp.2d at 1026. In light of the standard applied to a motion to dismiss, the Court will not dismiss this claim.

**IT IS ORDERED DENYING** Defendants' Motion to Dismiss Count III of the Amended Complaint (Doc. 26).

DATED this 2nd day of September, 2010.

_____
David K. Duncan
United States Magistrate Judge