HARVEY R. JACKSON
Attorney at Law
3479 McCulloch Blvd., N.
Lake Havasu City, AZ  86406
(928) 855-9471
(928) 855-7427 – Fax
harveyjackson@frontiernet.net
State Bar No. 003301
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JOEL D. WILLIAMS, | ) | |
| | ) | No.  3:09-CV-08219-DKD |
|     Plaintiff, | ) | |
| | ) | **NOTICE OF SERVICE OF** |
| vs. | ) | **PLAINTIFF'S SUPPLEMENTAL** |
| | ) | **DISCLOSURE STATEMENT** |
| BANK OF AMERICA N.A., | ) | |
| a Foreign Banking Corporation, et al., | ) | (Assigned to the Honorable David K. |
| | ) |  Duncan) |
|     Defendants. | ) | |
| _____ | ) | |

      COMES NOW Plaintiff, JOEL D. WILLIAMS, by and through his attorney undersigned, and hereby gives notice that on December 17th, 2010 Plaintiff served upon the Defendants the following discovery documents pursuant to Rule 26, Federal Rules of Civil Procedure:

    - Plaintiff's Supplemental Disclosure Statement

      RESPECTFULLY SUBMITTED this 17th day of December, 2010.

        /s/_____
        HARVEY R. JACKSON
        Attorney for Plaintiff

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  |                    CERTIFICATE OF SERVICE                       |
| 3  |                                                                 |
| 4  |                                                                 |
| 5  |         I HEREBY CERTIFY THAT ON December 17th, 2010, I electronically transmitted |
| 6  | the attached document to the Clerk's Office using the CM/ECF System for filing, transmittal of a |
| 7  | Notice of Electronic filing, and e-mailed a copy of this document to: |
| 8  |                    Mr. Milton A. Wagner                         |
| 9  |                    Lewis and Roca, LLP                          |
| 10 |                    MWagner@LRLaw.com                            |
| 11 |                    Attorney for Defendants                      |
| 12 |                                                                 |
| 13 |                                                                 |
| 14 |                     /s/ Helen T. Powell                         |
| 15 |                    Secretary for Harvey R. Jackson              |